WILLIAM McCRAW,
  ATTORNEY GENERAL
SCOTT GAINES,
  FIRST ASSISTANT
BOB GROSE,
  CHIEF LAW ENFORCEMENT
    OFFICER
RUTH MYERS,
  CHIEF CLERK

ASSISTANTS
JOE J. ALSUP
VICTOR W. BOULDIN
J. H. BROADHURST
WM. M. BROWN
H. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. B. DUKE
W. W. HEATH
CURTIS E. HILL
WM. MADDEN HILL

C. M. KENNEDY
LEONARD KING
LETCHER KING
GEORGE P. KIRKPATRICK
SAM LANE
ROBERT W. McKISSICK
WILLIAM McMILLAN
N. C. MARTIN
T. F. (TED) MORROW
LEON O. MOSES
PAT M. NEFF, JR.
HARRY S. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM D. ROWELL
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
REVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
CHARLES B. WALKER



53-11

# OFFICE OF THE ATTORNEY GENERAL

## AUSTIN

January 15th,

Mrs. Faye Stewart, President
State Board of Hairdressers and Cosmetologists
Austin, Texas

Dear Mrs. Stewart:

(2)

Opinion No. 0-53-2
Re: 15(b) of Article 734(b) Penal Code

Your request for an opinion as to whether one is eligible for the State Board of Hairdressers and Cosmetologists examination, who can substantiate the fact that he has had a complete course of 1,000 hours over a period of six months in school prior to the passage of the Act, has been received by this office.

Article 734(b), Section 15(b), reads as follows:

"* * * * * any person who prior to this Act was studying any of the classified occupations shall be credited with the time of study, providing, however, that application for such credit is filed with the secretary of the Board within ninety days after taking effect of this Act."

It is our opinion that any person who can substantiate the fact that he has completed a 1,000 hours of study within a period of no less than six months, and who has filed his application within ninety days as provided by Section 15(b) thereof, is entitled to take the examination of the State Board of Hairdressers and Cosmetologists.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Richard H. Cocke_
Assistant

RHC:OB

APPROVED:

_Gerald C. Mann_
ATTORNEY GENERAL OF TEXAS